## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HOLMES BUILDING MATERIALS, INC. and DEREK JONES | § § § | CIVIL ACTION NO. 25-876-BAJ-RLB |
| VERSUS | § § § | JUDGE BRIAN A. JACKSON |
| | | MAG JUDGE RICHARD L. BOURGEOIS, JR. |
| CARLIEMAR WHITE III, OCDA OFFICIAL, LLC, and HOLDEN SCHNEIDER | § § | |

## **REQUEST TO ENTER DEFAULT**

To: Clerk of the United States District Court for the Middle District of Louisiana:

HOLMES BUILDING MATERIALS, INC. and DEREK JONES, through undersigned counsel, respectfully request that you please enter the default of the Defendant, CARLIEMAR WHITE III, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure Rule 12, as appears from the affidavit of Jordan S. Varnado hereto attached.

RESPECTFULLY SUBMITTED:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
301 Main Street, Suite 2300
Post Office Box 3197
Baton Rouge, Louisiana  70821-3197
Telephone:  225-387-4000
Fax: 225-381-8029


*/s/ Jordan S. Varnado*
Carroll Devillier Jr. (#30477)
Carroll.Devillier@bswllp.com
Jordan S. Varnado (#39457)
Jordan.Varnado@bswllp.com

*Attorneys for Holmes Building Materials, Inc. and Derek Jones*

5514120.v1

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HOLMES BUILDING MATERIALS, INC. and DEREK JONES | § § § | CIVIL ACTION NO. 25-876-BAJ-RLB |
| | § | JUDGE BRIAN A. JACKSON |
| VERSUS | § § | MAG JUDGE RICHARD L. BOURGEOIS, JR. |
| CARLIEMAR WHITE III, OCDA OFFICIAL, LLC, and HOLDEN SCHNEIDER | § § § | |

## **AFFIDAVIT FOR ENTRY OF DEFAULT**

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

**BEFORE ME**, the undersigned authority, Notary Public, duly commissioned and qualified in and for the state and parish aforesaid, personally came and appeared:

## **JORDAN S. VARNADO**

who, after being by me first duly sworn, did depose and say:

That he is the attorney for HOLMES BUILDING MATERIALS, INC. and DEREK JONES, Plaintiffs in the above-entitled action; that the summons and complaint in this action were served on CARLIEMAR WHITE III on October 6, 2025, as appears from the Proof of Service filed on December 5, 2025 (R. Doc. 19); that Defendant, CARLIEMAR WHITE III has not answered or otherwise moved as to the complaint within the time delays required by law and that the time for Defendant to answer or otherwise move has not been extended; and furthermore, the Defendant, CARLIEMAR WHITE III, in the above-entitled action is not in the military service of the United States.

5514120.v1

_____
Jordan S. Varnado

**SWORN TO AND SUBSCRIBED**, before me, Notary Public, at Baton Rouge, Louisiana, on this 10th day of February, 2026.

_____
NOTARY PUBLIC

JEANNE C. COMEAUX
LA BAR ROLL NO. 22999
COMMISSION EXPIRES AT DEATH

5514120.v1