**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| HOLMES BUILDING MATERIALS, INC. and DEREK JONES | § § § | CIVIL ACTION NO. 25-876-BAJ-RLB |
| | § | JUDGE BRIAN A. JACKSON |
| VERSUS | § § | MAG JUDGE RICHARD L. BOURGEOIS, JR. |
| CARLIEMAR WHITE III, OCDA OFFICIAL, LLC, and HOLDEN SCHNEIDER | § § | |

**REQUEST FOR ORAL ARGUMENT**

NOW COME Plaintiffs, Holmes Building Materials, Inc. and Derek Jones (collectively, "**Plaintiffs**") which, pursuant to Local Rule 78, requests oral argument in connection with Plaintiffs' Motions for Default Judgment, filed April 1, 2026 (Docs. 29 and 30).

Dated:  May 6, 2026          RESPECTFULLY SUBMITTED:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
301 Main Street, Suite 2300
Post Office Box 3197
Baton Rouge, Louisiana  70821-3197
Telephone:  225-387-4000
Fax: 225-381-8029

*/s/ Jordan S. Varnado*
Carroll Devillier Jr. (#30477)
Carroll.Devillier@bswllp.com
Jordan S. Varnado (#39457)
Jordan.Varnado@bswllp.com

*Attorneys for Holmes Building Materials, Inc. and Derek Jones*

1

5593301.v1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| HOLMES BUILDING MATERIALS, INC. and DEREK JONES | § | CIVIL ACTION NO. 25-876-BAJ-RLB |
| | § | |
| | § | JUDGE BRIAN A. JACKSON |
| VERSUS | § | |
| | § | MAG JUDGE RICHARD L. BOURGEOIS, JR. |
| | § | |
| CARLIEMAR WHITE III, OCDA OFFICIAL, LLC, and HOLDEN SCHNEIDER | § | |
| | § | |

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Additionally, I certify that a copy of the above and foregoing has been mailed, via U.S. Mail, to the following party:

> **Holden Schneider**
> 6120 Ivey Manor Drive
> Cumming, GA 30040
> Email: holdengs98@gmail.com

Baton Rouge, Louisiana, this 6th day of May, 2026.


                    _/s/ Jordan S. Varnado_
                     Jordan S. Varnado

2

5593301.v1